# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## PROCEEDINGS SHEET ON VIOLATION NOTICE

Case No.(s) CC41,9080155     CourtSmart: CS 01/05/2022     Date: January 5, 2022

Present: The Honorable: __Paul L. Abrams__ United States Magistrate Judge

| Terry R. Baker | Gregory A. Lesser | | |
|---|---|---|---|
| *Deputy Clerk* | *Assistant U.S. Attorney* | *Interpreter* | *Language* |

| United States of America v. | Attorney Present for Defendant: |
|---|---|
| Alexa McKnight by MS Teams | Christine Yonan by MS Teams |
| ☑ Present ☐ Custody ☐ Bond ☐ Summons | ☑ Present ☐ CJA ☐ Ret'd ☑ DFPD ☐ Not Present |

## PROCEEDINGS HAD ON VIOLATION NOTICE

☑ Defendant arraigned. Informed of charges and rights.
☑ Defendant filed financial affidavit and is informed of consequences if any false information is given.
☑ Attorney appointed __Christine Yonan__ ☑ DFPD / ☐ PANEL
☐ Defendant executes a Consent to be Tried by U.S. Magistrate Judge.
☑ Defendant enters plea of: ☑ Guilty ☐ Not Guilty ☐ Nolo Contendere
☑ Court accepts plea.
☐ Court orders case continued to: _____ at _____ in Courtroom _____
    for _____
☐ Bail is set at $_____ P/R. ☐ Defendant released.
☑ Fine imposed. See separate order re: fine.
☐ On motion of the government, Court orders case dismissed as to citation (s): _____
☐ Court orders case dismissed.
☐ Court orders defendant participate in Traffic School, complete same by _____
    or appear on _____ in Courtroom _____ before _____
☐ The Court signs the Probation Order pursuant to Title 18 U.S.C. 3607.
☑ Defendant is notified of the right to appeal sentence.
☑ Other   The government moves to amend VN no. CC41,9080155 to allege a violation of 18 U.S.C. sec. 113(a)(5) under the special aircraft jurisdiction of the United States pursuant to 18 U.S.C. secs. 7 & 13 and 49 U.S.C. secs. 46501 & 46506. The Courts grants the governments motion and the citation is amended. See the judgment for further details.

cc: AUSA

Terry R. Baker
Deputy Clerk

Time in Court: _____

M-2 (06/13)                    PROCEEDINGS SHEET ON VIOLATION NOTICE